**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:14-cv-00641-CEM-DAB**

WESLEY J. LACKEMACHER,

        Plaintiff,

vs.

CREDIT PROTECTION
ASSOCIATION, L.P., a Texas
corporation,

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Wesley J. Lackemacher, an individual, by and through his undersigned attorney, pursuant to Rule 3.08, Local Rules of the United States District Court, Middle District of Florida, hereby provides notice of the settlement of the above referenced action.  Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    /s/  Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Fax
Email: rphyu@aol.com
and rwmurphy@lawfirmmurphy.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Barbara Fernandez, Esquire, Hinshaw & Culbertson LLP, 2525 Ponce de Leon Boulevard, 4th Floor, Coral Gables, FL 33134, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/ Robert W. Murphy
      Attorney